Demond TART, Appellant,

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

No. WD 75255.

Missouri Court of Appeals, Western District.

Feb. 26, 2013.

Noah Goldkamp, St. Louis, MO, Kenneth Carp, Clayton, MO, for Appellant.

Bart Matanic, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., KAREN KING MITCHELL, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Demond Tart appeals the Labor and Industrial Relations, Commission's decision that he is not eligible for unemployment benefits because his employer, The United States Army Corps of Engineers, discharged him for misconduct connected with work. We affirm. Rule 84.16(b).